IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CR-4-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JEREL LEON JORDAN, | ) | |
| | ) | |
| Defendant. | ) | |

On June 29, 2017, the court held a hearing concerning defendant's motion to suppress [D.E. 24] and motion to compel [D.E. 40]. At the hearing, the court made findings of fact and conclusions of law concerning the motions. As explained in open court and incorporated by reference, defendant's motions [D.E. 24, 40] lack merit and are DENIED. See, e.g., United States v. McKenzie-Gude, 671 F.3d 452, 458–61 (4th Cir. 2011); United States v. Claridy, 601 F.3d 276, 279–84 (4th Cir. 2010); United States v. Clyburn, 24 F.3d 613, 616–18 (4th Cir. 1994).

SO ORDERED. This 29 day of June 2017.

JAMES C. DEVER III
Chief United States District Judge